UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| RATINGZ, INC., | ) | Case No.: C 12-868 PSG |
| Plaintiff, | ) | **ORDER OF RECUSAL** |
| v. | ) | |
| ADRIAN PHILIP THOMAS, P.A., | ) | |
| Defendant. | ) | |

I hereby recuse myself from hearing or determining any matters in the above-entitled action. The Clerk of the Court shall reassign this case to another judge for all purposes.

Dated: 2/27/2012

_____
PAUL S. GREWAL
United States Magistrate Judge