Kurt Opsahl, Esq. (SBN 191303)
kurt@eff.org
Matthew Zimmerman, Esq. (SBN 212423)
mattz@eff.org
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

Attorneys for Plaintiff
RATINGZ, INC.

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| RATINGZ, INC., | Case No. 12-cv-00868 HRL |
| Plaintiff, | |
| v. | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| ADRIAN PHILIP THOMAS, P.A., | Courtroom 2, 5th Floor |
| Defendant. | Hon. Howard R. Lloyd |

PLEASE TAKE NOTICE that Plaintiff RATINGZ, INC. hereby voluntarily dismisses with prejudice the above-entitled action against Defendant ADRIAN PHILLIP THOMAS, P.A. The parties, through their undersigned attorneys, have settled this action pursuant to the Settlement Agreement attached hereto as Exhibit A. A responsive pleading has not been filed in this action. Plaintiff gives this notice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and 41(a)(1)(B).

DATED: April 9, 2012

Respectfully submitted,

By: /s/ Matthew Zimmerman
Matthew Zimmerman, Esq.
mattz@eff.org
Kurt Opsahl, Esq.
kurt@eff.org
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

Attorneys for Plaintiff
RATINGZ, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on April 9, 2012, I electronically filed the foregoing document with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF system.

Executed on April 9, 2012, in San Francisco, California.

/s/ Matthew Zimmerman
Matthew Zimmerman